## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jessica Clay v. Bayer Corporation et al* | No. 10-cv-10037-DRH |
| *Jennifer Case v. Bayer Corporation et al* | No. 10-cv-10436-DRH |
| *Shaquira Brown v. Bayer Corporation et al* | No. 10-cv-10553-DRH |
| *Pamela Colvin v. Bayer Corporation et al* | No. 10-cv-10650-DRH |
| *Erika Coffelt v. Bayer Corporation et al* | No. 10-cv-10868-DRH |
| *Lani Bruce v. Bayer Corporation et al* | No. 10-cv-12189-DRH |
| *Jessica Canterbury v. Bayer Corporation et al* | No. 10-cv-12684-DRH |
| *Emily Cap v. Bayer Corporation et al* | No. 10-cv-20123-DRH |
| *Leann Cheney v. Bayer Corporation et al* | No. 11-cv-11761-DRH |
| *Janette Charlton v. Bayer Corporation et al* | No. 11-cv-13425-DRH |
| *Patty Burton v. Bayer Corporation et al* | No. 11-cv-12544-DRH |
| *Tiawna Crump v. Bayer Corporation et al* | No. 12-cv-11117-DRH |
| *LaTisha Brown v. Bayer Corporation et al* | No. 12-cv-11458-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                    **JUSTINE FLANAGAN,**
                    **ACTING CLERK OF COURT**

                    **BY:**  /s/*Caitlin Fischer*
                          **Deputy Clerk**

**Dated:** July 17, 2014

Digitally signed by David R. Herndon
Date: 2014.07.17 16:20:01 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**